PHILLIP A. TALBERT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00300-DAD |
|---|---|
| Plaintiff, | UNITED STATES' MOTION AND ORDER FOR DISMISSAL OF CHARGE |
| v. | |
| YERMY MOREL DE LA CRUZ, | [Fed. R. Crim. P. 48(a)] |
| Defendant. | |

The United States now moves to dismiss the indictment, charging Yermy Morel de la Cruz with reentry of a removed alien, in the above captioned case filed on November 7, 2024, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 13, 2024                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 */s/ Nicole M. Vanek*___
                                                 NICOLE M. VANEK
                                                 Assistant United States Attorney

1

MOTION TO DISMISS INDICTMENT

ORDER

Pursuant to the motion of the United States, the Court hereby orders the indictment in case number 2:24-cr-00300-DAD, filed on November 7, 2024, be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE